IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In Re: Petition of MICHAEL HOLLAND, SR., as owner of the Unnamed 1999 Sea Strike HIN # VXP20201G899, for Exoneration from or Limitation of Liability <br><br> Petitioner. | ) ) ) ) ) ) ) )   CIVIL ACTION NO. 14-0398-CG-B |

### ORDER

The Petitioner and Claimant Kathryn King having filed a Joint Stipulation for Dismissal on August 4, 2015 (Doc. 46), all claims and counterclaims filed by Claimant Kathryn King are hereby **DISMISSED with prejudice**, with each party to bear his or her own costs.

**DONE and ORDERED** this 11th day of August, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE