IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In Re: Petition of MICHAEL HOLLAND, SR., as owner of the Unnamed 1999 Sea Strike HIN # VXP20201G899, for Exoneration from or Limitation of Liability<br><br>Petitioner. | )<br>)<br>) CIVIL ACTION NO. 14-0398-CG-B<br>)<br>)<br>)<br>) |

### AMENDED ORDER

The Order entered on January 13, 2016 (Doc. 55) is amended as follows:

The Clerk of Court is **ORDERED** to disburse the funds deposited in the Registry of the Court in the amount of $15,305.36 made payable to Progressive Direct Insurance, c/o Holtsford, Gilliland, Higgins, Hitson & Howard, P.C., 29000 U.S. Highway 98, Suite B-101, Daphne, Alabama 36526.

**DONE and ORDERED** this 26th day of January, 2016.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE